# Order

Michigan Supreme Court
Lansing, Michigan

May 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153413(83)

NEXTEER AUTOMOTIVE CORPORATION,
     Plaintiff-Appellee,

v

MANDO AMERICA CORPORATION, TONY
DODAK, THEODORE G. SEEGER, TOMY
SEBASTIAN, CHRISTIAN ROSS, KEVIN
ROSS, ABRAHAM GEBREGERIS,
RAMAKRISHNAN RAJA
VENKITASUBRAMONY, TROY STRIETER,
JEREMY J. WARMBIER, and SCOTT
WENDLING,
     Defendants-Appellants.
_____/

SC: 153413
COA: 324463
Saginaw CC: 13-021401-CK

On order of the Court, the motion for reconsideration of this Court's March 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WILDER, J., took no part in this decision.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2017



Clerk